No. 63404.—A. N. Deringer, Inc. *v.* United States, protests 317131–K, etc. (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of waste rayon or other synthetic textile similar in all material respects to that involved in Abstract 61961, the claim of the plaintiff was sustained.